IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**  Crim. No. 1:17-CR-226

v.

**ERNEST KYLE DYER**  Judge Sylvia H. Rambo

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to suppress (Doc. 107) is **GRANTED IN PART**. The following items and categories of items acquired during the first search of Defendant's residence are excluded from admission at trial:

(1) the Swann DVR and charger;

(2) drug paraphernalia;

(3) black padfolio with paperwork and receipt book;

(4) flash drives;

(5) and clear empty sandwich bags from the freezer.

**IT IS FURTHER ORDERED** that the motion is **DENIED** in all other regards.

>*/s/ Sylvia H. Rambo*
>SYLVIA H. RAMBO
>United States District Judge

Dated: November 21, 2019